**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| TABITHA B., | : | Case No. 1:25-cv-889 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

---

### ORDER

---

This matter is before the Court on the parties' Joint Motion to Remand (Doc. 11) and Joint Status Report (Doc. 12). In their Motion and Joint Status Report, the parties request that the Court reverse the Commissioner's decision and remand this matter to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g) ("Sentence Four"). (Joint Motion to Remand, Doc. 11, Pg. ID 1401; Joint Status Report, Doc. 12, Pg. ID 1404.) The parties note their agreement that this Court should reverse, remand, and enter judgment in favor of Plaintiff based on deficits in the Administrative Law Judge's evaluation of the state agency psychologist's findings. (Joint Status Report, Doc. 12, Pg. ID 1404.) Accordingly, based on the deficits in the Administrative Law Judge's consideration of this matter, the Court **ORDERS** the following:

1. The parties' Joint Motion to Remand (Doc. 11) is **GRANTED**;

2. The Commissioner's decision in this matter is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner, pursuant to Sentence Four;

4. On remand, the Appeals Council shall instruct the Administrative Law Judge to further consider Plaintiff's claim and reevaluate the state agency psychologist's findings, taking any action necessary to complete the administrative record, including offering Plaintiff the opportunity for a hearing and issuing another decision; and

5. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2